IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     13-cv-2835-WYD-CBS

STEPHEN P. WOLFORD,

    Plaintiff,

v.

FLINT TRADING, INC.;
ENNIS PAINT, INC.,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 26), filed on March 3, 2016.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Parties' motion (ECF No. 26) is **GRANTED**.   It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendants Flint Trading, Inc. and Ennis Paint, Inc.   The Clerk of the Court is directed to close the case.

Dated:   March 7, 2016.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE